NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

PAUL THOMAS VALDESPINO, *Petitioner*.

No. 1 CA-CR 15-0770 PRPC
FILED 8-29-2017

Petition for Review from the Superior Court in Maricopa County
No. CR2011-149258-001
The Honorable M. Scott McCoy, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By David R. Cole
*Counsel for Respondent*

Paul Thomas Valdespino, San Luis
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Kent E. Cattani delivered the decision of the Court, in which Judge Jon W. Thompson and Judge Paul J. McMurdie joined.

**C A T T A N I**, Judge:

**¶1**     Paul Thomas Valdespino petitions for review of the superior court's summary dismissal of his second petition for post-conviction relief. For reasons that follow, we grant review but deny relief.

**¶2**     A jury found Valdespino guilty of misconduct involving weapons, and the superior court sentenced him to 12 years' imprisonment. This court affirmed his conviction and sentence on direct appeal. *State v. Valdespino*, 1 CA-CR 12-0724, 2014 WL 730134 (Ariz. App. Feb. 25, 2014) (mem. decision). Valdespino, with assistance of counsel, thereafter filed a first petition for post-conviction relief asserting ineffective assistance of trial counsel. The superior court dismissed that proceeding for failure to present a colorable claim for relief, and this court granted review but denied relief. *See State v. Valdespino*, 1 CA-CR 15-0333 PRPC, 2017 WL 1458721 (Ariz. App. Apr. 25, 2017) (mem. decision).

**¶3**     Valdespino then filed a second petition for post-conviction relief asserting, as relevant here, ineffective assistance of post-conviction relief counsel in his first Rule 32 proceeding. The superior court summarily dismissed the second petition, and this petition for review followed.

**¶4**     We deny relief. Valdespino argues in general terms that counsel who represented him in his first post-conviction relief proceeding was ineffective. But ineffective assistance of post-conviction relief counsel is a cognizable claim only if counsel provided representation in an of-right post-conviction relief proceeding. *State v. Pruett*, 185 Ariz. 128, 130–31 (App. 1995); *cf. State v. Krum*, 183 Ariz. 288, 291–92 (1995). Because Valdespino's conviction and sentence resulted from a jury trial, his first post-conviction relief proceeding was not an of-right proceeding, *see* Ariz. R. Crim. P. 32.1, so his claim of ineffective post-conviction counsel is not cognizable.

**¶5**     Accordingly, we grant review but deny relief.

